

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dan Laws Smith Shackelford<br><br>Plaintiff,<br>V.<br><br>David J. Kautter, Acting IRS Commissioner; Jerry Marcohe; Boy's Republic of Chino, CA<br><br>Defendant. | Civil Action No. 18cv1176-MMA(KSC)<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiff's motion to proceed IFP. However, because "it is absolutely clear that the deficiencies of the complaint could not be cured by amendment," the Court dismisses Plaintiff's Complaint with prejudice.

Date: 6/11/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ R. Chapman
R. Chapman, Deputy